**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LISA CARSON MOORE<br>3726 Connecticut Ave., N.W., #3<br>Washington, DC 20008<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br>Serve:<br>The Hon. Jeff Sessions<br>Attorney General, Department of Justice<br>950 Pennsylvania Ave., Room B-103<br>Washington, DC 20530<br><br>Also Serve:<br>Channing D. Phillips<br>United States Attorney<br>District of Columbia<br>555 4th Street NW<br>Washington, DC 20530<br><br>Also Serve:<br>Gerald M. Auerbach<br>General Counsel<br>United States Marshals Service<br>CS4, 10th Floor<br>Washington, DC 20530<br><br>Defendant. | ) | Civil Action No.______________________ |

---

**COMPLAINT**
**(Federal Tort Claims Act)**

Plaintiff, Lisa Carson Moore, bring this civil action against the Defendant, The United States of America, and for her cause of action states as follows:

**JURISDICTION AND VENUE**

1. The claims herein are brought pursuant to the Federal Tort Claims Act (28 U.S.C. §

PDF created with pdfFactory trial version www.pdffactory.com

2671, *et seq*.).

2. Jurisdiction over this case is conferred by 28 U.S.C. § 1346.

3. Venue is properly laid in this district pursuant to 28 U.S.C. § 1402(b) as the cause of action, a motor vehicle accident, arose in Washington, District of Columbia.

## PARTIES

4. Plaintiff Lisa Carson Moore (hereinafter referred to as "Plaintiff") is an individual citizen of the District of Columbia, residing at the address 3726 Connecticut Ave., N.W., #3, Washington, DC 20008.

5. Defendant The United States of America (hereinafter referred to as "Defendant United States") is amenable under 28 U.S.C. § 1346(b) to suit for damages arising from the negligent operation of a vehicle by one of its employees within the scope of his/her employment.

## NOTICE

6. Plaintiff satisfied the notice of claim required under U.S.C. § 2675 by sending her completed Standard Form 95 to the appropriate agency, the United States Marshals Service, via certified mail and facsimile on June 8, 2015.

7. The United States Marshals Service sent its denial of Plaintiff's claim on May 12, 2017.

## COUNT 1 - NEGLIGENCE

8. On or about December 29, 2014, Plaintiff was lawfully crossing 3rd Street N.W., as a pedestrian, at the intersection of 3rd Street and E Street, N.W., Washington, District of Columbia.

9. At the same time and place, Willard Thomas King, an employee of the Defendant United States, via the United States Marshals Service, acting pursuant to and within the scope of his employment, was operating a U.S. Marshals Service vehicle westbound on E Street,

PDF created with pdfFactory trial version www.pdffactory.com

approaching the intersection with 3rd Street.

10. At all material times to this Complaint, Willard Thomas King was duty bound to operate the vehicle with reasonable care and prudence.

11. Notwithstanding this duty, and in breach thereof, Willard Thomas King operated the vehicle in a negligent manner and carelessly made right turn from E Street onto 3rd Street against a red traffic signal, striking Plaintiff a pedestrian in the crosswalk. Willard Thomas King's negligence consisted of, among other things, failing to pay full time and attention to his driving, failing to maintain a proper lookout, failing to yield the right of way, failing to maintain control of his vehicle, and otherwise being negligent.

12. As a direct result of Willard Thomas King's negligence, and breach of duties, Plaintiff sustained severe and permanent bodily injuries and damages, had experienced and will continue to experience pain and suffering, has lost and will continue to lose wages and earnings, has incurred and will continue to incur medical expenses, has been prevented and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

13. At all times material, Willard Thomas King was an agent, servant and/or employee of the United States Marshals Service, an agency of the federal government of Defendant United States.

14. As Willard Thomas King was Defendant United States' agent, servant and/or employee, Defendant United States is vicariously liable for Willard Thomas King's negligence and Plaintiff's resulting injuries and damages.

15. As required by 28 U.S.C. § 2675, Plaintiff has exhausted his administrative remedies against Defendant United States.

PDF created with pdfFactory trial version www.pdffactory.com

* * *

WHEREFORE, Plaintiff Lisa Carson Moore demands judgment in her favor and against the Defendant, The United States of America, in the amount of TWO MILLIONS & 00/100 U.S. DOLLARS ($2,000,000.00), plus interest, costs and such other relief as this Court deems proper.

Respectfully submitted,

**/s/ Jason W. Fernandez**

Jason W. Fernandez, #977919
GREENBERG & BEDERMAN LLC
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (301) 589-6706
jfernandez@gblawyers.com

PDF created with pdfFactory trial version www.pdffactory.com